In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00410-CV**
**NO. 09-22-00423-CV**

_____

**IN RE M&M INDUSTRIAL SERVICES, INC.**

**and**

**M&M INDUSTRIAL SERVICES, INC., Appellant**

**V.**

**EZEQUIEL RODRIGUEZ, Appellee**

---

**Original Proceeding**
**and**
**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-209,929**

---

**ORDER**

Relator and Appellant M&M Industrial Services, Inc. ("M&M") and Real Party in Interest and Appellee Ezequiel Rodriguez ("Rodriguez") filed a joint motion to consolidate the accelerated appeal in Cause Number 09-22-00423-CV with the

1

mandamus proceeding in Cause Number 09-22-00410-CV for purposes of briefing and oral argument. Allowing the parties to consolidate briefing will conserve resources and expedite resolution of the matters before the Court.

We grant the joint motion to set a consolidated briefing schedule. The record in Cause Number 09-22-00423-CV is due December 22, 2022. The Court will take judicial notice of the record for Cause Number 09-22-00423-CV in the mandamus proceeding for Cause Number 09-22-00410-CV, and the parties may cite to the record in Cause Number 09-22-00423-CV in documents filed with this Court in the mandamus proceeding. The brief of the appellant will be due twenty days after the record is filed. Rodriguez may file a consolidated appellee's brief and response to the petition for a writ of mandamus, which will be due twenty days after M&M files the brief of the appellant. M&M may file a consolidated reply brief, which will be due twenty days after Rodriguez files his brief.

We direct the Clerk of the Court to file a copy of the clerk's record and reporter's record for Cause Number 09-22-00423-CV as an appendix for Cause Number 09-22-00410-CV when the record is filed in Cause Number 09-22-00423-CV.

ORDER ENTERED December 22, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.

2